# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW COLE, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 09-1739 (RBW) |
| CENTRAL INTELLIGENCE AGENCY, et al., | ) |
|        Defendants. | ) |

## ORDER

It appearing to the Court that the government's document production in this case will take longer than anticipated, and in the interest of judicial economy, it is

**ORDERED** that this case shall be **ADMINISTRATIVELY CLOSED** until further order from the Court. It is further

**ORDERED** that, in accordance with the oral ruling issued by the Court at the hearing held on September 9, 2011, the parties shall appear before the Court for a further status conference at 9:00 a.m. on January 13, 2012.[1]

**SO ORDERED** this 9th day of September, 2011.

                                                                        REGGIE B. WALTON
                                                                       United States District Judge

---

[1] Although this case will be administratively closed, the Court will continue to monitor the progress of the government's document production. If the plaintiff is not satisfied with the government's ultimate response to his Freedom of Information Act request, the Court will administratively reopen the case.